FILED

03/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0741

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0741

_____

THOMAS F. MIETZEL, LLC, a/k/a THOMAS F.
MEITZEL, LLC and THOMAS F. MIETZEL

      Plaintiffs and Appellees,

  v.

CREATIVE WEALTH ACQUISITIONS &
HOLDINGS,
LLC, BRAD QUINTANA, and CHAD MCCALL,

      Defendants and Appellants.

_____

                                     O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing Appellants' opening brief filed electronically on March 16, 2023, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellants' opening brief does not include an appendix with the relevant documents. Accordingly, while the Court accepts filing of Appellants' opening brief, the Court requests Appellants file the relevant judgment or order from which they appeal.

Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order Appellants shall electronically file with the Clerk of this Court the relevant judgment or order from the District Court and that one copy of the relevant judgment or order be served on each counsel of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or order.

The Clerk is directed to provide a true copy of this Order to the Appellants and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
March 17 2023